

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CELESTINE GIBBS,<br>         Plaintiff,<br><br>    v.<br><br>ASHLEY'S QUALITY CARE, INC.<br><br>         Defendant. | )<br>)<br>)   No. 1:16-cv-6891<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT ORDER

This Court having entered default hereby enters default judgment in favor of Plaintiff, Celestine Gibbs, and against Defendant, Ashley's Quality Care, Inc. The hereby finds that:

1. Defendant failed to pay Plaintiff for 198 hours at $10.50 per hour.

2. The Court awards $2,079.00 in actual damages.

3. The Court awards liquidated damages in the amount of $2,079.00.

4. The Court awards Plaintiff's Counsel attorney's fees in the amount of $1,500.00 as reasonable attorney's fees.

5. The Court awards costs of $400.00 for the filing fee and $65.00 for service of process.

The Court hereby enters judgment in the amount of $6123.00 in favor of Plaintiff Celestine Gibbs and against Defendant Ashley's Quality Care.

ENTERED

*John W. Darrah*    3/9/17
Judge John W. Darrah